**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN THE MATTER OF: M.A., A JUVENILE : No. 602 MAL 2014
:
:
PETITION OF: M.A., A JUVENILE : Petition for Allowance of Appeal from the
: Order of the Superior Court

## ORDER

**PER CURIAM**

**AND NOW**, this 24th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.